*Solicitor General Bell, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 660. MORAN, RECEIVER, *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Meredith M. Daubin* and *H. L. McCormick* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 664. WILKINSON *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Rees B. Gillespie* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Whitaker,* and *Messrs. Henry A. Julicher* and *Paul A. Sweeney* for the United States.

No. 683. UNITED STATES EX REL. PANNONE *v.* MARTINEAU, U. S. IMMIGRATION INSPECTOR. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas R. Robinson* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *Bart W. Butler* for respondent.

No. 685. TAYLOR *v.* CALMAR STEAMSHIP CORP. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Howard M. Long* for petitioner. *Messrs. Frank A. Bull, O. D. Duncan,* and *Russell T. Mount* for respondent.